726 A.2d 910

IN THE MATTER OF JEFFREY A. SCHNEPPER,
AN ATTORNEY AT LAW.

April 7, 1999.

## ORDER

The Disciplinary Review Board on December 2, 1998, having filed with the Court its decision concluding that **JEFFREY A. SCHNEPPER** of **CHERRY HILL,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.5(b) (failure to reduce basis of fee to writing), *RPC* 1.7 (conflict of interest—dual representation), and *RPC* 1.9(a)(1) (conflict of interest—former client), and good cause appearing;

It is ORDERED that **JEFFREY A. SCHNEPPER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.